584 A.2d 226
STATE OF NEW JERSEY v. FREDDIE MURPHY, JR.

May 30, 1990.

Petition for certification is granted; the judgment of the Appellate Division is summarily reversed, and the matter is remanded for a new hearing on defendant's motion for a new trial, said hearing and disposition to be completed within 60

days of the filing day of this Order.  See *State v. Carter,* 85 *N.J.* 300, 314, 426 *A.*2d 501 (1981).

Jurisdiction is not retained.